JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNDA LYN BEUKELMAN,<br><br>              Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>              Defendant. | Case No. 5:18-cv-00298-AFM<br><br>**JUDGMENT** |

     In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

     IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: 4/3/2019

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE